# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0092
LT Case No. 2018-GA-6

_____

LISA RENE, Individually and as
Guardian of the Deceased Ward,
LILLIE S. WHITE, and as
Successor Trustee of the LILLIE
S. WHITE REVOCABLE TRUST,

     Appellant,

     v.

SARA CALDWELL, as Former
Guardian and Former Trustee of
the Property of the LILLIE S.
WHITE REVOCABLE TRUST,

     Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Christopher N. Bellows, of Holland & Knight LLP, Miami, and
Ryan Martin Kocse, of Holland & Knight LLP, Orlando, for
Appellant.

Sara Caldwell, P.A., of Sara Caldwell P.A., Daytona Beach, and
William D. Palmer, Thomas W. Sculco, and Shannon McLin, of
Florida Appeals, Orlando, for Appellee.

October 14, 2025

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____